

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 6:25-cr-10016-EFM-5 |
| HASSAN SMITH | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HASSAN SMITH ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute Fentanyl Analogue.

See attached Indictment for additional charges.

Date: 2/21/2025

s/ M. McGivern
*Issuing officer's signature*

City and state:   Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 02/21/2025, and the person was arrested on *(date)* 03/05/2025
at *(city and state)* Wichita, Kansas.

Date: 03/05/2025

*V. Keith Lane*
*Arresting officer's signature*

V. Keith Lane DUSM
*Printed name and title*

**RECEIVED**
**By US Marshal Service at 2:29 pm, Feb 21, 2025**